**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:11-cr-00188-RLH-CWH |
| Plaintiff, ) | **O R D E R** |
| vs. ) | (Report and Recommendation–#90) |
| ANTOUN JEAN FATA and ADMA FATA, ) | |
| Defendants. ) | |

    Before this Court is the Report and Recommendation of the United States Magistrate Judge (#90), entered by the Honorable Carl W. Hoffman regarding Defendants Adma Fata's Motion to Suppress (#41, filed Oct. 19, 2011) and Antoun Jean Fata's separate Motion to Suppress (#44, filed Oct. 27) and Supplemental Motion to Suppress (#55, filed Nov. 29).  Both Defendants filed Objections (#91, filed Mar. 28, 2012; #92, filed Apr. 1) to Magistrate Judge Hoffman's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.  The United States filed Oppositions to the Objections (#93, filed Apr. 12; #94, filed Apr. 18).  This matter was referred to the undersigned for consideration.

/

1

AO 72
(Rev. 8/82)

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Hoffman should be accepted and adopted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation entered March 15, 2012 (#90) is ACCEPTED and ADOPTED, and Defendants' Motions (#39, 41, and 55) are DENIED.

Dated: May 14, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**