# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States

　　　　　　　　　Plaintiff(s),

vs.

Antoun Jean Fata

　　　　　　　　　Defendant(s).

Case No. 2:11-cr-00188-RLH-CWH

**FILED**
MAY 23 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

## SUBSTITUTION OF ATTORNEY

_ANTOUN JEAN FATA_ (~~Plaintiff~~) (Defendant) hereby substitutes
(Name of Party)

_STEPHEN G. LARSON_
(New Attorney)

(Address): _555 W. Fifth St., LA, CA 90013_

(Telephone): _213-443-7616_, as attorney of record in place and

stead of: _SHARI KAUFMAN_
(Present Attorney)

DATED: _5-23-13_

_____
(Signature of Party)

I consent to the above substitution.

DATED: _5-23-13_

_____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 5-23-13 _____
                                    (Signature of New Attorney)

5  Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT

                                         APPROVED:

9  DATED: May 23, 2013 _____
                                    UNITED STATES DISTRICT JUDGE

2

6/95