```
FILED
MAR -5 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
              Plaintiff,  )
              v.  )  2:11-CR-188-RLH-(CWH)
ANTOUN JEAN FATA,  )
              Defendant.  )

## FINAL ORDER OF FORFEITURE

On July 8, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(C) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ANTOUN JEAN FATA to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant ANTOUN JEAN FATA pled guilty. Superseding Indictment, ECF No. 18; Change of Plea, ECF No. 173; Preliminary Order of Forfeiture; ECF No. 175; Plea Agreement, ECF No. 176.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 19, 2013, through August 17, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 181.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(C) and Title 28, United
9  States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be
10 disposed of according to law:

   1.  a Glock 30 .45 caliber pistol bearing serial number NKT023;
   2.  a Glock 9 millimeter pistol bearing serial number RLG882;
   3.  a Glock 9 millimeter pistol bearing serial number RNK037;
   4.  a Glock 9 millimeter pistol bearing serial number RLG764;
   5.  a Glock 9 millimeter pistol bearing serial number RDU368;
   6.  a Glock 9 millimeter pistol bearing serial number PZV024;
   7.  a Glock 27 .40 caliber pistol bearing serial number RNM677;
   8.  a Glock 27 .40 caliber pistol bearing serial number RBR352;
   9.  a Glock 27 .40 caliber pistol bearing serial number RBP746;
   10. a Glock 30 .45 caliber pistol bearing serial number RFZ103;
   11. a Glock 9 millimeter pistol bearing serial number RBN094;
   12. a Desert Eagle .44 caliber pistol bearing serial number 38203622;
   13. a Desert Eagle .44 caliber pistol bearing serial number 37205254;
   14. a Glock 30 .45 caliber pistol bearing serial number PNU355; and
   15. a Glock 30 .45 caliber pistol bearing serial number NZB986.

. . .

1. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 5 day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE