1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | ) |
| | ) |
| 9            Plaintiff, | ) |
| | ) |
| 10        v. | )   2:11-CR-188-RLH-(CWH) |
| | ) |
| 11  ANTOUN JEAN FATA, | ) |
| | ) |
| 12            Defendant. | ) |

13                    **AMENDED FINAL ORDER OF FORFEITURE**

14        On July 8, 2013, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

16  Code, Section 924(d)(1), (2)(C), and (3)(C) with Title 28, United States Code, Section 2461(c) based

17  upon the plea of guilty by defendant ANTOUN JEAN FATA to the criminal offense, forfeiting the

18  property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal

19  Indictment and shown by the United States to have the requisite nexus to the offense to which

20  defendant ANTOUN JEAN FATA pled guilty.  Superseding Criminal Indictment, ECF No. 18;

21  Change of Plea, ECF No. 173; Preliminary Order of Forfeiture, ECF No. 175; Plea Agreement, ECF

22  No. 176; Final Order of Forfeiture, ECF No. 203.

23        This Court finds the United States of America published the notice of forfeiture in accordance

24  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

25  from July 19, 2013, through August 17, 2013, notifying all potential third parties of their right to

26  petition the Court.  Notice of Filing Proof of Publication, ECF No. 181.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Glock 30 .45 caliber pistol bearing serial number NKT023;

2. a Glock 9 millimeter pistol bearing serial number RLG882;

3. a Glock 9 millimeter pistol bearing serial number RNK037;

4. a Glock 9 millimeter pistol bearing serial number RLG764;

5. a Glock 9 millimeter pistol bearing serial number RDU368;

6. a Glock 9 millimeter pistol bearing serial number PZV024;

7. a Glock 27 .40 caliber pistol bearing serial number RNM677;

8. a Glock 27 .40 caliber pistol bearing serial number RBR352;

9. a Glock 27 .40 caliber pistol bearing serial number RBP746;

10. a Glock 30 .45 caliber pistol bearing serial number RFZ103;

11. a Glock 9 millimeter pistol bearing serial number RBN094;

12. a Desert Eagle .44 caliber pistol bearing serial number 38203622;

13. a Desert Eagle .44 caliber pistol bearing serial number 37205254;

14. a Glock 30 .45 caliber pistol bearing serial number PNU355;

15. a Glock 30 .45 caliber pistol bearing serial number NZB986; and

16. a Glock 27 .40 caliber pistol bearing serial number GDH884.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 28th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

1

2          I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals

3   were served with copies of the Final Order of Forfeiture on April 27, 2015, by the below identified

4   method of service:

5          <u>CM/ECF</u>

6          Stephen Gerard Larsen
           Arent Fox, LLP
7          555 W. Fifth Street, 48th Floor
           Los Angeles, CA 90013
8          Stephen.larson@arentfox.com
           Counsel for Antoun Jean Fata
9
           Michael C. Zewiback
10         Arent Fox, LLP
           555 W. Fifth Street, 48th Floor
11         Los Angeles, CA 90013
           Losangeles.litdocket@arentfox.com
12         Counsel for Antoun Jean Fata

13         Angela H. Dows
           Premier Legal Group
14         1333 North Buffalo Drive, S 210
           Las Vegas, NV 89128
15         adows@premierlegalgroup.com
           Counsel for Antoun Jean Fata
16

17                                         /s/ Mary Stolz
                                           Mary Stolz
18                                         Forfeiture Support Associates Paralegal

19

20

21

22

23

24

25

26

4