```
                    FILED             RECEIVED
                    ENTERED           SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         AUG 14 2017

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
           BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff,　　　　 )<br>vs.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>ANTOUN JEAN FATA, et al.,　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　Defendants.　　　 )<br>_____) | Case No.: 2:11-cr-00188-RLH-CWH |

**ORDER FOR RELEASE OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on July 14, 2017 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on August 14, 2017.

**DATED** this __19__ day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize _____ to retrieve *Plaintiffs's/Defendant's* exhibits.
　　　　　　　　(name)　　　　　　　　　　　　　　　　　　(circle one)

Dated: _____　　　_____
　　　　　　　　　　　　　　　　Signature of counsel

Plaintiff's exhibits received by: _May Coffman_　　Date: _7-7-17_

Defendant's exhibits received by: _____ Date: _____